# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-4155
_____

GARCIA NICHOLSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

March 13, 2018

PER CURIAM.

AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rachael Elizabeth Bushey of O'Brien Hatfield, P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.